**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYLE MATTHEW FISCHER aka KYLE SIMMONS; MICHAEL FISCHER aka MICHAEL SIMMONS; KELLY SIMMONS; JASON SIMMONS; JOHN ROE, a minor, by and through his guardian ad litem, SHEILA IRENE CALLAHAN; JOHN ROE, a minor, by and through his guardian ad litem, BRENDA TEIXEIRA and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | 1:07-cv-1410 OWW DLB<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Last Day to File Motion for Summary Judgment: 1/18/08<br><br>Further Status Conference: 2/15/08 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

　　　January 17, 2008.

II.  Appearances Of Counsel.

　　　Drath, Clifford, Murphy & Hagen, LLP by Sarah F. Burke, Esq., appeared on behalf of Plaintiff.

　　　　Allen, Polgar, Proietti & Falgade by Donald J. Proietti, Esq., appeared on behalf of Defendant John Roe, a minor, by and through his guardian ad litem, Sheila Irene Callahan.

1

Donald C. Chavous, M.D., J.D., appeared on behalf of Defendant John Roe, a minor, by and through his guardian ad litem, Brenda Teixeira.

Kelly Simmons appeared in pro se.

III.  Status of Case.

1.  The parties generally agree that the issues in dispute in this action are legal in nature.

2.  Plaintiff Amica contends it has no duty to defend or indemnify Defendants Simmons in the underlying litigation, as set forth in Plaintiff's complaint filed September 26, 2007.

3.  Defendants' contentions are specifically set forth in their answers filed with the Court.

IV.  Orders Re Amendments To Pleadings.

1.  The parties do not anticipate amending their pleadings at this time.

V.  Factual Summary.

A.  Admitted Facts Which Are Deemed Proven Without Further Proceedings.

1.  Amica Mutual Insurance Company is a homeowners and property casualty insurer licensed to do business in the State of California at all times relevant.

2.  Kyle Matthew Fischer aka Kyle Matthew Simmons is an adult.

3.  Michael Fischer aka Michael Simmons is an adult.

4.  Kelly Simmons is the mother of Kyle and Michael.

5.  Jason Simmons is an adult resident of the Eastern District of California.  He is not the biological father of Kyle or Michael.

  6. Sheila Irene Callahan is the duly appointed and acting guardian ad litem for John Roe.

  7. Brenda Teixeira is the duly appointed and acting guardian ad litem for John Roe.

  8. The Roe Defendants have filed separate lawsuits in the United States District Court, Eastern District of California (*John Roe, et al., v. Gustine Unified School District, et al.*, USDC Case No. 1:07-cv-0796 OWW DLB) as well as underlying litigation filed in the Superior Court of the State of California, County of Madera (*Brenda Teixeira, et al., v. Gustine Unified School District, et al.*, Madera County Superior Court Case No. MCV037071).  Both cases involve the same basic allegations: at a football camp held July 13-16, 2006, it is alleged that older boys, including minors Kyle and Michael Simmons (sons of Kelly and Jason Simmons) assaulted younger boys sexually and otherwise, as caused or contributed to, in whole or in part, by Kelly and Jason Simmons' negligent supervision of their sons.

  9. Amica provided homeowners insurance coverage to named insureds Kelly and Jason Simmons in accordance with policy number 670204-1185, for the period February 27, 2006, to February 27, 2007.  The policy was canceled for non-payment of premium on July 11, 2006.  On July 28, 2006, new homeowners (policy 670704-1312) and auto policies were issued, for effective dates 7/28/2006-7/28/2007.  Amica policy numbers 670204-1185 and 670704-1312 afforded homeowners property and liability insurance coverage in accordance with coverage from H0 00 03 10 00, subject to other provisions and endorsements of the policy.

3

1          10.   Amica issued an umbrella liability policy, number
2    770204-1045, to Kelly and Jason Simmons for the period February
3    27, 2006 to February 27, 2007.  The policy was canceled for non-
4    payment of premium on August 30, 2006.  The coverage form is form
5    DL 98 01 06 98.
6          11.   Coverage for the acts or omissions alleged to have
7    been committed by the Simmons Defendants is a legal issue to be
8    determined by the Court.
9       B.   Contested Facts.
10         1.   There appear to be no relevant contested facts.
11   All disputes relate to issues of law.
12   VI.  Legal Issues.
13      A.   Uncontested.
14         1.   Jurisdiction exists under 28 U.S.C. § 1331.
15         2.   Venue is proper under 28 U.S.C. § 1392 as the
16   policy was issued, the contract formed and to be performed in the
17   Fresno Division of the Eastern District of California.
18         3.   In this diversity action, the parties agree that
19   the substantive law of the State of California provides the rule
20   of decision.
21      B.   Contested.
22         1.   Whether there is a duty to defend or indemnify
23   Defendants Simmons in the underlying lawsuits.
24         2.   Whether the pending declaratory relief action
25   should be stayed pending resolution of the underlying actions.
26         3.   The insurer intends to file a motion for summary
27   adjudication and opposes any stay of the litigation.  Defendants
28   seek to stay the litigation pending the outcome of the underlying

4

case.

4. Defendants shall have through and including February 1, 2008, to determine what information is necessary to respond to Plaintiff's motion for summary judgment. The motion for summary judgment shall be filed and copies delivered to Defendants on or before January 18, 2008.

5. If the parties are able to agree on a briefing schedule for Plaintiff's summary adjudication motion, that schedule will be adopted upon stipulation and order of the Court. If the parties are unable to agree on a schedule for the hearing of the summary judgment motion by virtue of the need to conduct discovery, a further Status Conference shall be held in this case on February 15, 2008, at 8:15 a.m. All parties are authorized to appear telephonically at the next Status Conference.

IT IS SO ORDERED.

Dated: __January 17, 2008__       /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE