**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff,              ) <br> ) <br>     v.                        ) <br> ) <br> KYLE MATTHEW FISHER, aka KYLE  ) <br> SIMMONS, et al.,              ) <br> ) <br> Defendants.           ) <br> ) <br> _____ ) | 1:07-cv-1410 OWW DLB <br><br> SCHEDULE FOR COMPLETION OF <br> MOTION FOR SUMMARY JUDGMENT |

I.   Date of Scheduling Conference.

   March 10, 2008.

II.  Appearances Of Counsel.

   Drath, Clifford, Murphy and Hagen by Sarah F. Burke, Esq., appeared on behalf of Plaintiff.

   Kelly Simmons, in pro se, appeared on behalf of Defendant Kyle Matthew Fischer aka Kyle Simmons.

   Allen, Proietti and Fagalde, LLP, by Donald J. Proietti, Esq., appeared on behalf of Sheila Callahan, guardian ad litem for minor John Roe.

   Donald C. Chavous, Esq., appeared on behalf of Brenda Teixeira, guardian ad litem for Defendant John Roe.

1

III.  Schedule For Completion Of Summary Judgment Motions.

    1.  Kelly Simmons shall have through and including March 31, 2008, to file opposition on behalf of Kyle Simmons and Michael Simmons.

    2.  Plaintiff shall have through and including April 7, 2008, to reply.

    3.  The matter will be heard April 28, 2008, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   March 17, 2008**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE