1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KYLE MATTHEW FISCHER, aka KYLE ) <br> SIMMONS; MICHAEL FISCHER, aka MICHAEL ) <br> SIMMONS; KELLY SIMMONS; JASON ) <br> SIMMONS; JOHN ROE, a minor, by and through ) <br> his guardian ad litem, SHEILA IRENE ) <br> CALLAHAN; JOHN ROE, a minor, by and through ) <br> his guardian ad litem, BRENDA TEIXEIRA and ) <br> DOES 1 through 20, inclusive, ) <br> ) <br> Defendants. ) <br> ) | No.  1:07-cv-01410-OWW-DLB <br><br> Hon.  Oliver W. Wanger <br><br> **ORDER REGARDING MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   April 28, 2008 <br> Time:  10:00 a.m. <br> Courtroom: 3 |

The motion for summary judgment of Amica Mutual Insurance Company was heard by this Court on April 28, 2008.  Plaintiff Amica Mutual Insurance Company was represented by Sarah Burke, esq.  Defendant, John Roe, a minor, by and through his guardian ad litem, Sheila Irene Callahan was represented by Donald Proietti, Esq.  Defendants, Kyle Matthew Fischer, aka Kyle Simmons, Michael Fischer, aka Michael Simmons, Kelly Simmons and Jason Simmons were represented by Kelly Simmons, pro se.  Defendant John Roe, a minor, by and through his

---

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

guardian ad litem, Brenda Teixeira did not appear.

After considering the briefs and argument of counsel, and rendering a memorandum of decision, the court enters the following order:

1. Amica's motion for summary judgment is granted. There is no potential for coverage for the Simmons defendants in either pending action:

    (A) the United States District Court, Eastern District of California (***John Roe, et al. v. Gustine Unified School District, et al.,*** USDC Case No. 1:07-cv-00796-OWW-DLB)

    (B) the Superior Court of the State of California. County of Madera (***Brenda Teixeira, et al. v. Gustine Unified School District, et al.,*** Madera County Superior Court Case No. MCV 037071).

and therefore Amica has no duty to defend or indemnify the Simmons defendants in either case.

2. There is no coverage under Amica homeowners policy numbers 670204-1185 or 670704-1312 or Amica umbrella liability policy, number 770204-1045 for the above-referenced cases.

3. The court directs entry of judgment in this matter in favor of plaintiff Amica.

IT IS SO ORDERED.

DATED: May 15, 2008

                              By /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE